David GILLEN–CEJA, Petitioner,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–73883.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

David Gillen–Ceja, Bakersfield, CA, pro
se.

CAC–District Counsel, Esq., Office of
the District Counsel Department of Home-
land Security, Los Angeles, CA, Ronald E.
Lefevre, Chief Counsel, Office of the Dis-
trict Counsel Department of Homeland Se-
curity, San Francisco, CA, Thomas Fatou-
ros, U.S. Department of Justice Civil
Div./Office of Immigration Lit., Washing-
ton, DC, for Respondent.

Before: GOODWIN, McKEOWN and
FISHER, Circuit Judges.

MEMORANDUM **

Respondent's unopposed motion for
summary disposition is granted because
the questions raised by this petition for
review are so insubstantial as not to re-
quire further argument. *See United
States v. Hooton,* 693 F.2d 857, 858 (9th

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

Cir.1982) (per curiam) (stating standard).
Motions to reopen must be filed no later
than 90 days after the date of the Board of
Immigration Appeals' final decision. *See* 8
C.F.R. § 1003.2(c)(2). Accordingly, this
petition for review is denied.

All other pending motions are denied as
moot. The temporary stay of removal con-
firmed by Ninth Circuit General Order
6.4(c) shall continue in effect until issuance
of the mandate.

**PETITION FOR REVIEW DENIED.**

courts of this circuit except as provided by
9th Cir. R. 36–3.

